UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| DANIEL LEWIS LEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-00359-JPH-DLP |
| | ) | |
| WILLIAM BARR, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER

Plaintiff Daniel Lewis Lee has filed a motion for a temporary restraining order halting his impending execution. That motion, dkt. [2], is **DENIED** because Mr. Lee has not shown a likelihood of success on his claim that the defendant violated the Administrative Procedures Act in resetting his execution date after the Supreme Court vacated a stay entered yesterday in the United States District Court for the District of Columbia.

**SO ORDERED.**

Date: 7/14/2020

*James Patrick Hanlon*

Distribution:

George Gust Kouros
FEDERAL CAPITAL HABEAS PROJECT
george_kouros@fd.org