AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Southern District of Indiana ☐

| | | |
|---|---|---|
| Daniel Lee | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:20-cv-00359-JPH-DLP |
| T.J. Watson, Warden, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

 Daniel Lee                                                                                                   .

Date:     07/14/2020                          _____
                                                                        *Attorney's signature*

                                                         George G. Kouros, CT420813
                                                         *Printed name and bar number*
                                                         Federal Capital Habeas Project
                                                         6411 Ivy Lane, Suite 710
                                                         Greenbelt, MD 20770

                                                         _____
                                                                              *Address*

                                                         George_Kouros@fd.org
                                                         *E-mail address*

                                                         (301) 821-0855
                                                         *Telephone number*

                                                         _____
                                                                            *FAX number*