UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

|  |  |  |
|---|---|---|
| DANIEL LEWIS LEE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:20-cv-00359-JPH-DLP |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM P. BARR, in his official | ) | |
| capacity as the Attorney General of the | ) | |
| United States and T.J. WATSON, | ) | |
| in his official capacity as | ) | |
| Complex Warden for Terre Haute Federal | ) | |
| Correctional Complex, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**SUGGESTION OF DEATH OF DANIEL LEWIS LEE**

The Defendants, by counsel, in accordance with Fed. R. Civ. P. 25(a), respectfully note

the death of the Plaintiff, Daniel Lee, during the pendency of this action.


JOSH J. MINKLER
United States Attorney

_/s/*Shelese Woods*_____
SHELESE WOODS
Assistant United States Attorney

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2020, the foregoing was filed electronically through

ECF/CM.  On this same date, electronic service will be made to all counsel of record through the

Court's ECF/CM system.

s/ *Shelese Woods*
Shelese Woods
Assistant United States Attorney

Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204
(317) 226-6333
(317) 226-6125 [Fax]

2