UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| DANIEL LEWIS LEE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:20-cv-00359-JRS-DLP |
| | ) | |
| v. | ) | |
| | ) | |
| T.J. WATSON, WARDEN, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF VOLUNTARY DISMISSAL DUE TO MOOTNESS**

Plaintiff Daniel Lee was scheduled to be executed on July 13, 2020. That date came and went because of a preliminary injunction issued by the District Court for the District of Columbia. At approximately 2 a.m. on July 14, 2020, the Supreme Court vacated the injunction in a 5-4 decision. Less than fifteen minutes later, the Defendants issued a new notice setting Mr. Lee's execution date for that same day, July 14, 2020. Unbeknownst to counsel for Mr. Lee—because it was not included in the written notice—the Defendants intended to execute Mr. Lee at 4 a.m., less than two hours later. (Counsel only learned this fact from a message posted on Twitter by a media witness, who stated that the witnesses had just been summoned back to the prison for the execution.)

In their rush to execute Mr. Lee, the Defendants violated a separate court order, issued by the District Court for the Eastern District of Arkansas, staying the execution. It was only under the threat of being held in contempt of court that the Defendants halted the execution, after having already strapped Mr. Lee to a gurney and inserted IV lines into his arms. The Defendants left Mr. Lee on that gurney in the execution chamber, IV lines dangling, for nearly four hours

while they waited for the Eighth Circuit Court of Appeals to act on their belatedly-filed emergency motion to issue a mandate lifting the stay. Minutes after that mandate issued, the Defendants immediately resumed the execution, again unbeknownst to counsel.

Because the Defendants executed Mr. Lee on July 14, 2020, he cannot pursue his claim that the setting of an execution date in the wee hours of the night with inadequate notice was an arbitrary and capricious agency action and not in accordance with law, the action the undersigned filed with this Court. Accordingly, undersigned counsel files this Notice of Voluntary Dismissal Due to Mootness.

Respectfully submitted,

/s/ George G. Kouros
GEORGE G. KOUROS
Assistant Federal Public Defender
Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(301) 821-0855
George_Kouros@fd.org

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2020, the foregoing was filed electronically through

ECF/CM. On this same date, electronic service will be made to all counsel of record through the

Court's ECF/CM system.

/s/ George G. Kouros
GEORGE G. KOUROS
Assistant Federal Public Defender
Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(301) 821-0855
George_Kouros@fd.org