UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

DANIEL LEWIS LEE,                          )
                                           )
                Plaintiff,                 )
                                           )
        v.                                 )        No. 2:20-cv-00359-JPH-DLP
                                           )
WILLIAM BARR, et al.                       )
                                           )
                Defendants.                )

## ENTRY CLOSING ACTION

The plaintiff has filed a notice of dismissal. Dkt. [7]; *see* Fed. R. Civ. P. 41(a)(1)(A)(i).

The **clerk is directed** to close this action on the docket. No final judgment is required.

**SO ORDERED.**

Date: 9/14/2020

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

George Gust Kouros
FEDERAL CAPITAL HABEAS PROJECT
george_kouros@fd.org

1